**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JOSHUA PAUL HANKE,**                                                              **PLAINTIFF**
**ADC #147067**

**v.**                                                  **5:19CV00244-BRW-JTK**

**DREW COUNTY JAIL,** *et al.*                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety.

Accordingly, Defendants Drew County Jail, Suzan Potts, Doe, State of Arkansas, Drew County, and City of Monticello, are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 24th day of September, 2019.


<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE

1