# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOSHUA PAUL HANKE,　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #147067

v.　　　　　　　　　　　5:19CV00244-JTK

DREW COUNTY JAIL, et al.　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of December, 2019.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE